1  Robert Feldman Jr.
2  482 W San Ysidro Bl.
3  #1206
4  San Ysidro, CA 92173



FILED
Aug 17 2021
11:53 am
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

United States District Court
District of California

Robert Feldman Jr.
vs.
Amazon Incorporated
JP Morgan-Chase N.A.
And all of their affiliates
"A" to "Z"

CASE # '21CV1457 DMS WVG

Plaintiff Robert Feldman Jr. alleges that above respondents had jointly particpated in misrepresentation of a credit instrument, induced plaintiff to open an account promising full benefits of removal of unauthorized charges and full purchase protection of defective or destroyed items if charged on their credit card.

All above promises and contracts were completed through the internet therefore, <u>Plaintiff alleges internet fraud</u>. Above respondents repeatedly and categorically denied their contractual obligations, so this <u>Plaintiff invokes the Racketeer and Corrupt Organization Acts.</u> Plaintiff also pays that the court would address and adjudicate all <u>pendent California State Laws</u>, if any applicable.

## Statement of the Case

Through the Amazon website, the Amazon ads strongly induced this Plaintiff to open a credit instrument with Amazon, as it has complete protection against unauthorized charges and full protection of defective or destroyed items charged on their credit card.

THE CREDIT CARD WAS APPLIED FOR AND APPROVED THROUGH THE INTERNET. JP MORGAN - CHASE UNDERWROTE THE CARD ASSUMING ALL OF AMAZON PROMISES.

ON JANUARY 19TH 2021, PLAINTIFF WENT TO HOME DEPOT TO REPLACE HIS LEAKING HOT WATER HEATER. HOME DEPOT HAD TO ORDER AN IDENTICAL CAPACITY HEATER AND TOOK A DEPOSIT OF $281.35

ON JANUARY 21, PLAINTIFF PICKED UP THE WATER HEATER AND PAID THE BALANCE OF $121.03. THE HEATER WAS INSTALLED THE SAME DAY, AND DUE TO A GAS LEAK AT THE CONTROL VALVE, THE WATER HEATER BURNED DOWN CAUSING HEAVY DAMAGES TO THE UNIT AND THE BUILDING.

WITHIN A FEW DAYS, PLAINTIFF FILED A CLAIM BOTH WITH AMAZON AND JP MORGAN CHASE BANK. ALL THE PESPECTIVE DOCUMENTS AND THE PICTURES OF THE DAMAGES WERE SENT TO, CHASE WHO SENT IT BACK, AND REFERRED THEIR

1. CONTRACTUAL OBLIGATION TO ECLAIM.
2.
3. AFTER DOZENS OF PHONE CALLS, SEVERAL
4. DOCUMENT SUBMISSIONS, REPEATED
5. NOTICE OF CONTRACTUAL OBLIGATIONS,
6. NEITHER OF RESPONDENT HAD PAID
7. OR TOOK RESPONSIBILITY OF MY CLAIM.
8.
9.
10. THEREFORE, PLAINTIFF ROBERT FELDMAN
11. JR. RESPECTFULLY PRAYS THAT THIS
12. HONORABLY COURT ALLOW THIS ACTION
13. TO PROCEED AND ADJUDICATE THE
14. RESPONSIBLE PARTY OR PARTIES FOR
15. THE FRAUDULANT AND RACKETEERING
16. CONDUCTS OF THESE RESPONDENTS.
17.
18.
19.
20. RESPECTFULLY SUBMITTED:
21.
22. _____ JR.
23.
24. AUGUST 10 2021

